# Third District Court of Appeal
## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1655
Lower Tribunal No. 18-14294
_____

**Juan Manuel Pereda, et al.,**
Appellants,

vs.

**Kendall & Waters, LLC**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Harvey D. Rogers, P.A., and Harvey Delano Rogers; Muir Law PLLC and William Douglas Muir, for appellants.

The Behar Law Firm, P.A., and Howard R. Behar and Samuel M. Sheldon, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.